# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FREDERICK G. LAND, | ) | |
| Plaintiff(s), | ) | 2:06-cv-1223-RLH-LRL |
| vs. | ) | **O R D E R** |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#4, filed January 19, 2007), entered by the Honorable Lawrence R. Leavitt regarding Plaintiff's Ex Parte Motion (#3). No objection was filed to Magistrate Judge Leavitt's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#4, filed January 19, 2007) is AFFIRMED and ADOPTED; Plaintiff's Ex Parte Motion (#3) is denied; and the Complaint is DISMISSED with prejudice.

Dated: February 13, 2007.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**